# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI,
Appellant,

vs.

STATE BAR OF NEVADA; JENNINGS AND FULTON, LTD.; SHUMWAY VAN LTD.; GRAYSON MOULTON; LOGAN WILLSON; GARRETT CHASE; ADAM FULTON; AND JARED JENNINGS,
Respondents.

No. 82156

**FILED**

DEC 22 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on December 3, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Trevor L. Atkin, District Judge
Lindsey Licari
Murchison & Cumming, LLC/Las Vegas
Shumway Van
Eighth District Court Clerk

20-46212